IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01554-MSK-BNB

JOHN B. RAYE, and
GINA M. RAYE,

Plaintiffs,

v.

PIONEER NATURAL RESOURCES COMPANY, a Delaware corporation,

Defendant.
_____

**ORDER**
_____

The parties appeared this afternoon for a status conference. Consistent with matters discussed at the status conference:

IT IS ORDERED that the defendant shall file, on or before **August 21, 2009**, (1) a response to *Plaintiffs' Combined: Response to Defendant's Motion for Partial Summary Judgment and Memorandum on Plaintiffs' Motion for Partial Summary Judgment* and (2) a reply in support of *Defendant's Motion for Partial Summary Judgment and Supporting Legal Memorandum*.

IT IS FURTHER ORDERED that the plaintiffs shall file, on or before **September 10, 2009**, if at all, a reply in support of *Plaintiffs' Combined: Response to Defendant's Motion for Partial Summary Judgment and Memorandum on Plaintiffs' Motion for Partial Summary Judgment*.

IT IS FURTHER ORDERED that within 10 days of any ruling on *Plaintiffs' Second Motion to Remand to State Court and Memorandum In Support Thereof* [Doc. # 17] the parties shall file a status report addressing the status of the case, including a proposal concerning scheduling and pretrial management in this court.

Dated July 30, 2009.

                                                    BY THE COURT:

                                                    s/ Boyd N. Boland
                                                    United States Magistrate Judge